FILED: January 20, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 21-7593
(2:21-cv-00473-RAJ-DEM)

———————————

DAVID JAMES BARROW

      Plaintiff - Appellant

v.

GARY WILLIAMS; GARY SETTLE; HAROLD W. CLARKE; SFC FELIX RUCKER; ELLEN HESS; TERRY CAMPBELL; DERRICK BANKS; PAMUNKEY REGIONAL JAIL; MAYOR M. A. BENNETT; JAMES C. WILLETT; CJM SUPERINTENDENT; MEDICAL STAFF; OFFICER CASSICK; CPT. DORITY; LT. SILLMON; OFFICER PUTNAM; NURSE HILL; KITCHEN SUPERVISOR; OFFICER ADESINA; JASON ELLIS, (Mother and Father); CLAUDETTE WHITE; OFFICER MARTIN; KENDALL JIMMERSON; KENNY JIMMERSON, (Father); 3RD JUVENILE, (Mother and Father); WAVERLY POLICE DEPARTMENT; CAPTAIN AND CHIEF OF POLICE DAVIS; OFFICER GOODARD; OFFICER SMITH; JENNIFER; KEESHA GIFFEN; MICHAEL POND; SARAH; QUITTA WHITE; DARNELL WHITE, also known as "Shoot People"; RAHEEM WHITE; WILLIAM WHITE; TAYLOR WILLIAM, 'Fites'; DEPARTMENT OF SOCIAL SERVICES; EXPRESS EMPLOYMENT; ELEPHANT INSURANCE; RICHMOND CITY POLICE; MAGISTRATE; TOWN OF WAVERLY, (mayor, town council); GOVERNOR OF VIRGINIA; KENNY BOY; HORCE HUNTER; WASTE MANAGEMENT; ERNEST GILES; SUSSEX COUNTY SHERIFF'S DEPARTMENT; VIRGINIA GENERAL ASSEMBLY; ATTORNEY NEVILL, (Hopewell, Va.); BP EXXON; PRAN WORLD; DOLLAR GENERAL STORES; VA WORKER'S COMPENSATION COMMISSION; VDOT; CHRISTOPHER BAIN; VA STATE BAR; ACLU; NAACP; HANOVER COUNTY (chief of police, mayor, sheriff, town council, 15th judicial district); EEOC; HENRY THOMPSON; ESTATES OF STUART KITCHEN; ROBERT WILLIAMS, "Moe"; WILLIAM DIGGS; PRESIDENT OF THE UNITED STATES OF

AMERICA; HUD; RRHA, Richmond Redevelopment Housing Authorities; DEPARTMENT OF MOTOR VEHICLES; GREENSVILLE COUNTY, VIRGINIA (chief of police, mayor, sheriff, town council)

   Defendants - Appellees

------------------------

O R D E R

------------------------

  The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

          For the Court--By Direction

          /s/ Patricia S. Connor, Clerk