FILED: January 20, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-7593
(2:21-cv-00473-RAJ-DEM)

_____

DAVID JAMES BARROW

    Plaintiff - Appellant

v.

GARY WILLIAMS; GARY SETTLE; HAROLD W. CLARKE; SFC FELIX RUCKER; ELLEN HESS; TERRY CAMPBELL; DERRICK BANKS; PAMUNKEY REGIONAL JAIL; MAYOR M. A. BENNETT; JAMES C. WILLETT; CJM SUPERINTENDENT; MEDICAL STAFF; OFFICER CASSICK; CPT. DORITY; LT. SILLMON; OFFICER PUTNAM; NURSE HILL; KITCHEN SUPERVISOR; OFFICER ADESINA; JASON ELLIS, (Mother and Father); CLAUDETTE WHITE; OFFICER MARTIN; KENDALL JIMMERSON; KENNY JIMMERSON, (Father); 3RD JUVENILE, (Mother and Father); WAVERLY POLICE DEPARTMENT; CAPTAIN AND CHIEF OF POLICE DAVIS; OFFICER GOODARD; OFFICER SMITH; JENNIFER; KEESHA GIFFEN; MICHAEL POND; SARAH; QUITTA WHITE; DARNELL WHITE, also known as "Shoot People"; RAHEEM WHITE; WILLIAM WHITE; TAYLOR WILLIAM, 'Fites'; DEPARTMENT OF SOCIAL SERVICES; EXPRESS EMPLOYMENT; ELEPHANT INSURANCE; RICHMOND CITY POLICE; MAGISTRATE; TOWN OF WAVERLY, (mayor, town council); GOVERNOR OF VIRGINIA; KENNY BOY; HORCE HUNTER; WASTE MANAGEMENT; ERNEST GILES; SUSSEX COUNTY SHERIFF'S DEPARTMENT; VIRGINIA GENERAL ASSEMBLY; ATTORNEY NEVILL, (Hopewell, Va.); BP EXXON; PRAN WORLD; DOLLAR GENERAL STORES; VA WORKER'S COMPENSATION COMMISSION; VDOT; CHRISTOPHER BAIN; VA STATE BAR; ACLU; NAACP; HANOVER COUNTY (chief of police, mayor, sheriff, town council, 15th judicial district); EEOC; HENRY

THOMPSON; ESTATES OF STUART KITCHEN; ROBERT WILLIAMS, "Moe"; WILLIAM DIGGS; PRESIDENT OF THE UNITED STATES OF AMERICA; HUD; RRHA, Richmond Redevelopment Housing Authorities; DEPARTMENT OF MOTOR VEHICLES; GREENSVILLE COUNTY, VIRGINIA (chief of police, mayor, sheriff, town council)

   Defendants - Appellees

------------------------

## RULE 45 MANDATE

------------------------

  This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

  This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

<em>/s/Patricia S. Connor, Clerk</em>